(95 South. 350)

**BELL et al. v. HUBERT et al.     (4 Div. 950.)**

(Supreme Court of Alabama.     Jan. 18, 1923.)

Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

Action by Ethel Hubert and others against J. M. Bell and others. Judgment for plaintiffs, and defendants appeal. Reversed and remanded.

Espy & Hill, of Dothan, for appellants.
Reid & Doster and Lee & Tompkins, all of Dothan, for appellees.

SOMERVILLE, J. This case was submitted along with No. 949 (Genus Deal et al. v. Ethel Hubert et al., 95 South. 349[1]), and presents the same questions for review. By agreement of counsel, the judgment in 949 becomes the judgment in this case, and, accordingly, the judgment of the trial court will be reversed and the cause remanded as in 949.

Reversed and remanded.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.